DAVID A. BOONE - SBN 74165
THE LAW OFFICES OF DAVID A. BOONE
1611 The Alameda
San Jose, CA 95126
Telephone: (408) 291-6000
Facsimile: (408) 291-6016

ATTORNEY FOR DEBTORS
SALVADOR GONZALEZ

UNITED STATES BANKRUPTCY COURT
NORTHER DISTRICT OF CALIFORNIA

IN RE: ) CASE NO.: 18-50071 HLB
)
) CHAPTER 13
SALVADOR GONZALEZ )
)
) REQUEST FOR ENTRY OF
Debtor. ) DEFAULT RE MOTION TO VALUE
) PERSONAL PROPERTY

    Debtor, SALVADOR GONZALEZ, hereby requests an Order valuing his personal property fully described as a 2002 Honda Civic with approximately 300k miles.

    I, DAVID A. BOONE, hereby declare as follows:

    1.    I am an attorney at law duly licensed to practice before all the courts of the State of California and before the Northern District of California, and I am an attorney of the law firm, The Law Offices of David A. Boone, attorneys for Debtor and Applicant, SALVADOR GONZALEZ. The matters set forth herein are based upon my personal knowledge, except for those matters set forth on information and belief, and if called as a witness I could and would testify competently thereto.

    2.    On January 19, 2018, a copy of the NOTICE AND MOTION TO VALUE PERSONAL PROPERTY was served on the Chapter 13 Trustee, the Debtor, and all aforementioned creditors. A copy of the Notice and Motion, Declaration and Certificate of Service are attached hereto.

//

//

3. Pursuant to Local Rule 9014-1, interested parties were given 28 days to request a hearing on this matter.

4. Twenty eight days have elapsed since such service and I have not been served with a response or a request for hearing.

5. Relief by Entry of Default is appropriate and is hereby requested by this application.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge.

Executed this 22nd day of February, 2018, at San Jose, California.

    /s/ David A. Boone
DAVID A. BOONE